UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL J. WAPPLER,

    Plaintiff,

v.

MATTHEW J. BREVARD, *et al.*,

    Defendants.

_____/

Case No. 4:05-CV-90

Hon. Paul L. Maloney

**ORDER AND PARTIAL JUDGMENT**

    In accordance with the Court's Opinion of this date resolving Plaintiff Michael J. Wappler and Defendant Karen Tucker's Objections;

    **IT IS HEREBY ORDERED** that Defendant Karen Tucker's Objections (Dkt. No. 252) are **DENIED**.

    **IT IS FURTHER ORDERED** that Plaintiff Michael J. Wappler's Objections and Supplemental Objections (Dkt. Nos. 253 & 255) are **GRANTED IN PART AND DENIED IN PART**.

    **IT IS FURTHER ORDERED** that the Report and Recommendation of September 24, 2007 is **ADOPTED IN PART AND REJECTED IN PART** as specified in the Court's Opinion.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Hold Defendants' Dispositive Motion in Abeyance and Motion that Defendant Produce Complete and Sworn Deposition Transcripts (Dkt. Nos. 224 & 229) are **DENIED**.

    **IT IS FURTHER ORDERED** that Defendants Brevard, Mikkelsen and Tucker's Motion for Summary Judgment (Dkt. No. 212) is **GRANTED IN PART AND DENIED IN PART** and all

claims asserted by Plaintiff are **DISMISSED WITH PREJUDICE excepting** Plaintiff's claims against Defendant Karen Tucker for opening incoming attorney mail, limited to the claims for correspondence of January 23, 2003, February 21, 2003 and Exhibits F-1, F-2, F-5, F-6, F-8, F-9, F-10, F-11, F-12, F-14, F-15, F-16, F-20, F-21, F-22, F-23 and F-24.

Dated:   September 30, 2008                              /s/ Paul L. Maloney
                                                         PAUL L. MALONEY
                                                         Chief United State District Judge